

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DIANA ARTEAGA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE BANK, N.A., a business organization form unknown; and BANK OF AMERICA HOME LOANS, an entity form unknown; and RECONTRUST COMPANY, N.A., a California corporation; and DOES 1 to 100,<br><br>Defendants. | Case No. SACV10-1291-AG (RNBx)<br><br>Hon. Andrew J. Guilford<br>Courtroom 10D<br><br>**JUDGMENT** |

C071566/0310216/470376.1

[PROPOSED] JUDGMENT

1  WHEREAS, on November 15, 2010, the Court granted a Motion to Dismiss
2 Plaintiff Diana Arteaga's First Amended Complaint, without prejudice. *See* Court
3 Docket No. 21.  The Motion to Dismiss was brought by Defendants Bank of
4 America, N.A. (successor-in-interest to Countrywide Bank, FSB f/k/a "Countrywide
5 Bank, N.A."), BAC Home Loans Servicing, LP (erroneously sued as "Bank of
6 America Home Loans"), and ReconTrust Company, N.A. ("ReconTrust")
7 (collectively, "Defendants");

8  WHEREAS, Plaintiff did not oppose Defendants' Motion to Dismiss; and

9  WHEREAS, since the Court's issuance of its November 15, 2010 order,
10 Plaintiff has not filed a Second Amended Complaint.

11  NOW, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that
12 all claims in the First Amended Complaint of Plaintiff Diana Arteaga are
13 DISMISSED as to Defendants Bank of America, N.A. (successor-in-interest to
14 Countrywide Bank, FSB f/k/a "Countrywide Bank, N.A."), BAC Home Loans
15 Servicing, LP (erroneously sued as "Bank of America Home Loans"), and
16 ReconTrust Company, N.A. ("ReconTrust") (collectively, "Defendants").

17  **SUCH JUDGMENT IS HEREBY ENTERED.**

18 Dated: December 22, 2010

19  Hon. Andrew J. Guilford
    United States District Court Judge